NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES A. MOTT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7083

---

Appeal from the United States Court of Appeals for Veterans Claims in case no.10-1585, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Charles A. Mott moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 0 9 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert P. Walsh, Esq.
     Jeanne A. Davidson, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 0 9 2012**

**JAN HORBALY**
**CLERK**